IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 0 3 2026

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 1:26-CR-_66_ |
| | § | Judge _Crone / Hawthorn_ |
| WALTER WALTHALL | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 111(a)(1)
(Assaulting, Resisting, or Impeding an
Employee of the United States)

On or about May 15, 2025, in the Eastern District of Texas, **Walter Walthall**, defendant, an inmate of the Federal Correctional Complex in Beaumont, Texas, knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate and interfere with Senior Officer Specialist T.P., an employee of the United States as designated in 18 U.S.C. § 1114, while the officer was engaged in the performance of his official duties, by punching T.P. with a fist.

In violation of 18 U.S.C. § 111(a)(1).

### Count Two

Violation: 18 U.S.C. § 1791(a)(2)
(Possession of Contraband in Prison)

On or about May 15, 2025, in the Eastern District of Texas, **Walter Walthall**, defendant, an inmate of the Federal Correctional Complex in Beaumont, Texas, did knowingly possess a prohibited object, namely, one (1) sharpened piece of metal

approximately 8 inches long, designed or intended to be used as a weapon.

In violation of 18 U.S.C. § 1791(a)(2).

## Count Three

> Violation:  18 U.S.C. § 115(a)(1)(B)
> (Threats Against a Federal
> Employee)

On or about May 16, 2025, in the Eastern District of Texas, the defendant, **Walter Walthall,** did threaten to assault and murder T.P., who is a Federal Bureau of Prisons Senior Officer Specialist at the Federal Correctional Complex in Beaumont, Texas, an employee of the United States whose killing would be a crime under 18 U.S.C. § 1114, with intent to retaliate against T. P. on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

for
_____
JOHN B. ROSS
Assistant United States Attorney

6/3/26
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 1:26-CR-_66_ |
| | § | Judge _Crone /Hawthorn_ |
| WALTER WALTHALL | § | |

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 111(a)(2)

Penalty:      Imprisonment of not more than eight (8) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than (3) years.

Special Assessment:      $100.00

### Count Two

Violation:      18 U.S.C. § 1791(a)(2)

Penalty:      Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than (3) years.

In accordance with 18 U.S.C. § 1791(c), any punishment imposed under 18 U.S.C. § 1791(b) for a violation of §1791 by an inmate of a prison shall be consecutive to the sentence being served by such inmate at the time the inmate commits such violation.

Special Assessment:      $100.00

## Count Three

Violation:                18 U.S.C. § 115(a)(1)(B)

Penalty:                  Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than (3) years.

Special Assessment:       $100.00